**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION**

| | |
|---|---|
| ELIZABETH JANE SINNER, WHITNEY OXENDAHL, CAROL SAWICKI, LOIS ALTENBURG, and NORTH DAKOTA VOTERS FIRST,<br><br>*Plaintiffs,*<br><br>v.<br><br>ALVIN JAEGER, in his official capacity as Secretary of State of North Dakota,<br><br>*Defendant.* | Case No. 3:20-cv-00076-PDW-ARS<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Elizabeth Jane Sinner, Whitney Oxendahl, Carol Sawicki, Lois Altenburg, and North Dakota Voters First, and Defendant Alvin Jaeger, by and through counsel of record, hereby stipulate that the above referenced action may be dismissed without prejudice, and with all parties to bear their own fees and costs.

Dated: June 19, 2020

Respectfully submitted,

| | |
|---|---|
| Ruth Greenwood<br>CAMPAIGN LEGAL CENTER<br>125 Cambridgepark Drive<br>Cambridge, MA 02140<br>rgreenwood@campaignlegal.org<br>(202) 560-0590<br><br>Annabelle E. Harless<br>CAMPAIGN LEGAL CENTER<br>55 W. Monroe St., Ste. 1925<br>Chicago, IL 60603<br>(312) 312-2885<br>aharless@campaignlegal.org | */s/ Timothy Q. Purdon*<br>Timothy Q. Purdon (ND# 05392)<br>ROBINS KAPLAN, LLP<br>1207 West Divide Ave., Ste. 200<br>Bismarck ND 58501<br>(612) 349-8767<br>tpurdon@robinskaplan.com<br><br>Timothy W. Billion<br>ROBINS KAPLAN LLP<br>140 North Phillips Ave., Ste. 307<br>Sioux Falls, SD 57104<br>(605) 335-1300<br>tbillion@robinskaplan.com<br><br>Robert Weiner<br>Mark Gaber<br>Christopher Lamar<br>CAMPAIGN LEGAL CENTER<br>1101 14th St. NW, Ste. 400<br>Washington, DC 20005<br>(202) 736-2200<br>rweiner@campaignlegal.org<br>mgaber@campaignlega.org<br>clamar@campaignlegal.org |

State of North Dakota
Wayne Stenehjem
Attorney General

| | |
|---|---|
| By:   /s/ Matthew A. Sagsveen<br>     Matthew A. Sagsveen<br>     Solicitor General<br>     State Bar ID No. 05613<br>     Office of Attorney General<br>     500 North 9th Street<br>     Bismarck, ND 58501-4509<br>     Telephone (701) 328-3640<br>     Facsimile (701) 328-4300<br>     Email masagsve@nd.gov | By:   /s/ David R. Phillips<br>     David R. Phillips<br>     Assistant Attorney General<br>     State Bar ID No. 06116<br>     Office of Attorney General<br>     500 North 9th Street<br>     Bismarck, ND 58501-4509<br>     Telephone (701) 328-3640<br>     Facsimile (701) 328-4300<br>     Email drphillips@nd.gov |

Attorneys for Defendant.